**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   09-cv-01031-ZLW-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 5, 2010** | **Courtroom Deputy:**  Linda Kahoe |

ESTATE OF ROSEMARY BERRY,                                    Debra Lynn Eiland

    Plaintiff,

    v.

RALPH JAMES BERRY, JR.,                                            Patrick W.  Buckingham
AGILENT TECHNOLOGIES, INC.,                                   Katherine M. L. Pratt
FIDELITY INVESTMENTS INSTITUTIONAL               Michael S. Beaver
OPERATIONS COMPANY, INC.,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        10:48 a.m.**
Court calls case.  Appearances of counsel.  *Mr. Buckingham is not present. Mr. Buckingham's paralegal is present.*

Discussion regarding Motion for Entry of Stipulated Protective Order, doc #[47], filed 12/24/2009.

**ORDERED:**   The Motion for Entry of Stipulated Protective Order, doc #[47], is **GRANTED.**  The Stipulated Protective Order is accepted by the court.  The parties are reminded that they will be required to comply fully with all provisions of D.C.ColoL.CivR.7.2, and particularly those provisions dealing with filing documents under seal.

Discussion regarding the status of the case.

**ORDERED:**   A Settlement Conference is set for **FEBRUARY 26, 2010 at 1:30 p.m.**  Confidential Updated Settlement Statements are due no later than **FEBRUARY 22, 2010.**

**ORDERED:**   The deadline for completing discovery is extended to **MARCH 22, 2010.**   The deadline for filing dispositive motions is extended to **APRIL 30, 2010.**    The Final Pretrial Conference currently set for May 26, 2010 at 9:15 a.m. is **VACATED** and reset for **JUNE 22, 2010 at 10:45 a.m.**  A proposed Final Pretrial Order is due 5 days prior.

HEARING CONCLUDED.
**Court in recess:        11:01 a.m.**
Total time in court:      00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.