IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01031-ZLW-CBS

ESTATE OF ROSEMARY BERRY, deceased,
by THERESA BIRD, as personal representative of the ESTATE
OF ROSEMARY BERRY,

    Plaintiff,

v.

RALPH JAMES BERRY, JR;
AGILENT TECHNOLOGIES, INC., a Colorado foreign corporation; and
FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.,
a Massachusetts corporation,

    Defendants.

_____

## ORDER
_____

This matter comes before the Court upon the Plaintiff's Unopposed Motion to Dismiss Plaintiff's Claims Against Defendant Agilent Technologies, Inc. with prejudice. The Court, having reviewed the Motion and being fully advised in the premises,

ORDERS that the Motion is GRANTED. The Plaintiff's claims against Defendant Agilent Technologies, Inc. Are dismissed with prejudice. Plaintiff and Agilent will each pay its own costs and attorneys' fees.

DATED at Denver, Colorado, this 12th day of April, 2010.

                        BY THE COURT:

                        _____
                        ZITA LEESON WEINSHIENK, Senior Judge
                        United States District Court